## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

      v.                    CRIMINAL NO. 10-30031-DRH

LEWANN YATES,

        Defendant.

### ORDER AMENDING PRELIMINARY ORDER FOR FORFEITURE

Upon motion of the United States (Doc. 49), and pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the Preliminary Order of Forfeiture of August 20, 2010 (Doc. 30) is hereby amended to correct the serial number of the below property to be forfeited:

**One Rock River Arms .223 rifle bearing serial number CM99351, and any and all ammunition contained therein.**

All other provisions of the Preliminary Order of Forfeiture of August 20, 2010 (Doc. 30) shall remain in full force and effect.

**IT IS SO ORDERED.**

Signed this 15th day of May, 2014.

Digitally signed by
David R. Herndon
Date: 2014.05.15
14:27:50 -05'00'

**Chief Judge**
**United States District Court**